UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE DELUCA,

          Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC.,

          Defendant.

_____/

Case No. 2:21-cv-10637

HONORABLE STEPHEN J. MURPHY, III

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

The parties informed the Court's chambers that they have reached a settlement. Because of the settlement, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than April 21, 2022. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case.

Because of the settlement, the Court will deny the pending motion to compel, ECF 19, as moot.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to compel [19] is **DENIED AS MOOT**.

1

2

**IT IS FURTHER ORDERED** that the parties must **FILE** their closing documents dismissing the case with prejudice **no later than April 21, 2022**.

**SO ORDERED.**

                                                    s/ Stephen J. Murphy, III
                                                    STEPHEN J. MURPHY, III
                                                    United States District Judge

Dated: March 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2022, by electronic and/or ordinary mail.

                                                    s/ David P. Parker
                                                    Case Manager