UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE DELUCA,

        Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC.,

        Defendant.

_____/

Case No. 2:21-cv-10637

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER DISMISSING
PLAINTIFF'S FIRST AMENDED COMPLAINT WITH
PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

Plaintiff and Defendants through their respective attorneys, **STIPULATE** and **AGREE** to a **DISMISSAL** of Plaintiff's First Amended Complaint as to Defendants **WITH PREJUDICE** and with each party to bear his or its own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims against Defendants.

        **SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: April 12, 2022

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| /s/Donald J. Gasiorek (with consent) | /s/ Marlo Johnson Roebuck |
| Donald J. Gasiorek (P24987) | Marlo Johnson Roebuck (P65640) |
| GASIOREK MORGAN | Blaine A. Veldhuis (P78840) |
| *Attorneys for Plaintiff* | JACKSON LEWIS P.C. |
| 30500 Northwestern Hwy., Ste. 425 | *Attorneys for Old Dominion Freight Line, Inc.* |
| Farmington Hills, Michigan 486334 | 2000 Town Center, Ste. 1650 |
| (248) 865-0001 | Southfield, MI 48075 |
| (248) 865-0002 (fax) | (248) 936-1900 (ofc) |
| dgasiorek@gmgmklaw.com | (248) 936-1901 (fax) |
| | marlo.roebuck@jacksonlewis.com |
| | blaine.veldhuis@jacksonlewis.com |

Dated: April 12, 2022